IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

LAWRENCE DUDLEY                                                                               PLAINTIFF

V.                                                              CAUSE NO. 3:15-CV-345-CWR-LRA

WARDEN B. E. BLACKMON                                                                 DEFENDANT

## ORDER ADOPTING REPORT AND RECOMMENDATION

This matter is before the Court pursuant to the Report and Recommendation of the United States Magistrate Judge, which was entered on November 20, 2017. Docket No. 11. The Report and Recommendation clearly notified the parties that failure to file written objections to the findings and recommendations contained therein within 14 days after service would bar further appeal in accordance with 28 U.S.C. § 636. *Id*.

This Court, finding that there has been no submission of written objections by any party, hereby adopts said Report and Recommendation as the Order of this Court. Accordingly, this case is dismissed without prejudice as moot. A separate Final Judgment will issue this day.

**SO ORDERED**, this the 22nd day of December, 2017.

                                                                                    s/ Carlton W. Reeves
                                                                                    UNITED STATES DISTRICT JUDGE